# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8681
Fax: 919-861-5555

**DATE:** October 12, 2016

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** BARNES, Lakisha Nicole
Case No.: 5:04CR-105-2FL
Request for Early Termination

**TO:** Louise W. Flanagan
U.S. District Judge

On December 28, 2004, pursuant to a guilty plea to Conspiracy to Distribute at Least 50 grams of Cocaine Base and three counts of Distribution of More Than 35 Grams of Cocaine Case and Aiding and Abetting, Lakisha Nicole Barnes appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 188 months imprisonment to be followed by 5 years supervised release. On June 3, 2008, pursuant to 18 U.S.C. § 3582(c)(2), her imprisonment was reduced to 151 months. On May 17, 2012, also pursuant to 18 U.S.C § 3582(c)(2), her imprisonment was reduced to 121 months.

On June 22, 2012, the defendant was released from custody, at which time her supervision commenced. Since her release, Barnes has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since October 2015. We are requesting early termination, and if the court agrees, please sign the enclosed Order.

The U.S. Attorney's Office has been contacted, and Assistant U.S. Attorney Eric Goulian has no objection to the early termination request. Should you have any questions or concerns regarding this matter, please feel free to contact me at (919) 861-8686.

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.   Crim. No. 5:04-CR-105-2FL

**LAKISHA NICOLE BARNES**

On June 22, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Timothy L. Gupton<br>Timothy L. Gupton<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8686<br>Executed On: October 12, 2016 |

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  13th  day of  October , 2016.

Louise W. Flanagan  
U.S. District Judge